Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

# UNITED STATES DISTRICT COURT

2021 MAY -6 PM 1:54

for the

_Northern_ District of _Texas_

DEPUTY CLERK _____ SC

_Fort Worth_ Division

4-21CV-630-0

Case No. _____

_(to be filled in by the Clerk's Office)_

Alexis C. Norman and others similarly Situated

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

FMC Carswell Warden, Michael Carr

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Alexis C. Norman

All other names by which you have been known:

ID Number   49210-177

Current Institution   FMC Carswell

Address   P.O. Box 27137

Fort Worth   Texas   76127
City   State   Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   Michael Carr

Job or Title *(if known)*   FMC Carswell Warden

Shield Number

Employer   The Federal Bureau of Prisons

Address   P.O. Box 27137

Fort Worth   Texas   76127
City   State   Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name   Officer K. Dinkins

Job or Title *(if known)*   FMC Carswell mailroom Officer

Shield Number   P.O. Box 27137

Employer   Federal Bureau of Prisons

Address

Fort Worth   Texas   76127
City   State   Zip Code

☒ Individual capacity   ☒ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                Officer K. Winn
    Job or Title *(if known)*   FMC Carswell Mailroom Officer
    Shield Number
    Employer          Federal Bureau of Prisons
    Address           P.O. Box 27137
                    Fort Worth     Texas   76127
                       *City*          *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                A.W. Gonzalez
    Job or Title *(if known)*   Assistant Warden
    Shield Number
    Employer          Federal Bureau of Prisons
    Address           P.O. Box 27137
                    Fort Worth     Texas   76127
                       *City*          *State*     *Zip Code*

☒ Individual capacity    ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The First Amendment right to read and communicate by mail
The Religious Freedom Restoration Act
The Free Exercise Clause of the First Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The right to procedural due process
The First Amendment right to read and communicate by mail
The Religious Freedom Restoration Act

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

The Free Exercise Clause of the First Amendment

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

see attachment

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

see attachment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?


_see attachment_


D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*


_see attachment_

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.


_see attachment_

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting "emergency intervention" from the Court to ORDER Officials at FMC Carswell to discontinue policy that issues a "blanket ban" on all "unauthorized organizations" resulting in a rejection of mail regardless and/or without regard to the actual contents, and ORDER FMC Carswell officials to deliver religious mail (Bibles, Bible studies etc.) as ordered, and ORDER Officials at FMC Carswell to contact the Federal Drug Enforcement Agency (DEA) to

seek assistance with investigation and resolution to drugs entering the facility via the mail in an effort to restore "good order" to the facility that will result in the inmate population receiving mail as delivered.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FMC Carswell

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

see attachment

2.    What did you claim in your grievance?

See attachment

3.    What was the result, if any?

See attachment

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

See attachment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

_____

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_see attachments_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _April 14, 2021_

Signature of Plaintiff    _Alexis C._

Printed Name of Plaintiff    _Alexis C. Norman_

Prison Identification #    _49210-177_

Prison Address    _P.O. BOX_

_Fort Worth_                    _Texas_    _76127_
                       *City*                *State*     *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
                       *City*                *State*     *Zip Code*

Telephone Number    _____

E-mail Address    _____

## IV. Statement of Claim

Beginning in June 2019 Federal Medical Center (FMC) Carswell notice and/or discovered that drugs were entering the facility through the mail (Ex. ). On July 12, 2019, Warden Carr issued a memorandum to the inmate population regarding changes to "incoming inmate correspondence procedures" (Ex. ). Although this notice does not address incoming publications, from this point the named petitioner has experienced problems receiving delivery of books ordered. As the COVID-19 pandemic caused FMC Carswell to begin an emergency modified lockdown protocol beginning on April 1, 2020, problems with delivery of inmate mail was further compounded by shortages of correctional staff and the resulting chaos that follows securing a correctional facility, while hundreds of inmates are infected with COVID-19 and unable to assist with the daily operations of the prison. In February 2021, due to the snow storm in the DFW area and the lack of staff available, inmates at FMC Carswell did not receive delivery of mail from Monday February 15, 2021 until Monday February 22, 2021, and although the delay in delivering the mail is certainly understandable, the continued delay is not. From February 22, 2021 until present, the inmate population has not received delivery of the majority of general correspondence mail, including mail from businesses, and publications (books).

The named petitioner has had over twenty six (26) items of mail

pg. 2

returned to various book stores, Bible Correspondence Organizations and schools, Forbes Magazine and family and friends. Mail is returned "unopened" without explanation of rejection and the named petitioner has received only two (2) notice of rejections from the FMC Carswell mailroom during the month of March 2021. (EX. ) and one rejection notice in July 2020. Others have similar complaints. Multiple attempts have been made to seek resolution to the problem by requesting a notice of updated policy and a list of authorized bookstores, but requests have gone unanswered. We are told via email and/or phone by family members, mentors and friends that our mail has been returned to them. "unopened" without a rejection notice. The rejection notices provided to inmates is BP-A0328 form, used for notice of contraband, with "random" explanations, such as, "inmate to inmate correspondence not authorized" and "EXcessive Photos (more than 25)" to explain rejection of a book from a book store. The named petitioner has not received her monthly subscription to Forbes Magazine since July 2020, and now magazines are all that she is receiving. Others report the same circumstances as well.

Beginning on April 1, 2020, inmates at FMC Carswell have had limited access to religious services, outside recreation, programs and books. On December 21, 2018 the First Step Act passed and became law. The First Step Act (FSA) allows inmates to earn time credits that can be applied to their sentence, reducing the time spent incarcerated. Especially during this pandemic, the ability to reduce their sentence is of paramount concern for the inmates that qualify for the FSA. Due to the limited amount of

pg. 3

classes currently offered at FMC Carswell, inmates qualified for the FSA have elected to take class via correspondence. For the named petitioner and others the bulk of those classes are religious courses and various Bible Study Courses. These correspondence courses and the certificates earned from months of participation, are currently NOT being delivered to inmates at FMC Carswell. They courses and certificates have been returned to the organizations and schools that provide the courses and inmates, named petitioner included, have not received notice for the rejection of these courses.

The COVID-19 pandemic has been an extremely stressful event for the entire world. Everything the world is experiencing is exponentially for those incarcerated. We do not have meaningful access to outside recreation, programs, indoor workout equipment, religious services or libraries. We are locked inside 23 hours a day, every day. Church on Sundays is all that is offered for religious services. The only access we have to additional religious activities is via the mail. Because we have no access to the library, the only access we have to new reading material is via the mail. There are over thirteen hundred women at this facility and less than ten (10) classes are currently operating, with a limited group of people (10-20) due to social distancing requirements. The only meaningful access to religious and educational classes is via the mail. The inmates at FMC Carswell have no choice but to endure what we're experiencing. Receiving our mail is the last source of normalcy available to us, and the loss of

pg. 4

the right to receive our mail has added additional anxiety, anger and depression to an already mentally challenging situation. The pandemic has been going on for more than a year. The only chance some of us have to work our way out of prison is via correspondence classes. The only source to practice my religion is via correspondence, the only source available for new reading material is via the mail, and because COVID-19 is still very much present at FMC Carswell, most inmates, named petitioner included, choose not to have face to face visitation with family members for their own safety. So, the mail is an important source of communication for us and our families. The right to receive correspondence and publications is always important, but during this pandemic it is essential to our free exercise of religion, our right to reduce of sentence pursuant to the FSA, and to our mental health.

## Ⅴ. Injuries

1. deprivation of freedom to exercise religion
2. deprivation of first amendment right to read
3. deprivation of first amendment right to correspond
4. Mental and Emotional Distress
5. exposure to punitive measures, resulting in the loss of the following
   A. phone privileges
   B. email privileges
   C. Access to Commissary
6. loss of funds paid for subscription not received

pg.5

## VII. Administrative Remedy

The named petitioner filed a request for Administrative Remedy via email on March 24, 2021, per BOP Policy no response was provided within the 20 day timeframe provided for response. Therefore the request for an Administrative Remedy is denied. Without a response in writing, the petitioner cannot proceed to the next level for Administrative Remedy. So, the named petitioner has exhausted her request for Administrative Remedy and now seeks a remedy from the Court. Others have also attempted Administrative Remedy, but the request was either verbally denied, along with refusal to provide the form required to complete an Administrative Remedy or when inmates attempted to turn the form in to the unit Counselor requesting Administrative Remedy, the form was ripped up and thrown into the trash. So the request was denied, and again without a response to the initial request for remedy, the process is futile. The named petitioner and others really tried to seek resolution to this problem from within FMC Carswell, but all request for resolution have been either ignored or denied. As a federal inmate my funds are limited. To spend $450 to file a lawsuit against FMC Carswell is a tremendous sacrifice and evidence of the level of frustration I'm experiencing. We are dealing with more than enough being incarcerated during a pandemic. We are just asking to receive the mail that is sent to us.

pg. 6

## VIII Apology To The Court

Beginning April 1, 2020 FMC Carswell has operated using a "modified lockdown" status as a result of the COVID-19 Pandemic. The inmate population has not had access to the legal library since April 1, 2020. Officials at FMC Carswell have denied requests to place a typewriter in each unit for inmates to use to type our legal documents. Therefore, this document and all attachments have been handwritten. I apologize to the Court for this inconvenience

Exhibits

Main Exhibit
FMC Carswell Memorandums to inmate population regard Correspondence

Exhibit - A
Norman, Alexis C.
Declaration, rejection notices, emails

Exhibit - B
Crane-Horton, Merrideth
Declaration, rejection notices, emails

Exhibit - C
Laney, Danielle
Declaration, rejection notices, emails

Exhibit - D
Epperson, Kimberly
Declaration, sample sermon mailed weekly from church

Exhibit - E
McGee, Melissa
Declaration, rejection notice

Exhibit - F
Declarations

1.

2.


Exhibit - G
Rejection Notices from unnamed petitioners

MAIN EXHIBIT

FMC Carswell
Memorandums To Inmate Population
Regarding Correspondence Procedures



# U. S. Department of Justice

## Federal Bureau of Prisons

### Federal Medical Center, Carswell

P.O. Box 27066, J Street, Bldg 3000
Fort Worth, Texas 76127

July 12, 2019

MEMORANDUM FOR INMATE POPULATION
FEDERAL MEDICAL CENTER CARSWELL

FROM:          M. Carr, Warden

SUBJECT:       Incoming Inmate Correspondence Procedures
               for Contraband Prevention

Drug use in an institution can and has often resulted in devastating effects on both staff and inmates. The secure orderly running of the institution is compromised when illicit drugs are introduced into the institution. Additionally, drugs can have many negative side effects. Common side effects of synthetic marijuana, narcotics, and other illicit drugs include psychotic episodes, paranoia, anxiety, increased heart rate, seizures, hallucinations, agitation, decreased problem solving skills, and impulsivity. Use of illicit drugs can also result in overdose and potential death.

FMC Carswell offers multiple drug abuse programs to assist inmates in discontinuing drug use. I encourage those of you, who are using illicit drugs, to refrain from this activity and get the help you need. Our objective is to ensure the safe and orderly institution.

No changes will be made until following a notification period. It is your responsibility to inform your family and friends of these procedures.

LANEY, DANIELLE 19569081

Effective September 1, 2019, the following procedures will be implemented at FMC Carswell:

- Some general correspondence will be photocopied and you will only be provided the photocopy.

- Incoming general correspondence containing materials such as glitter, stickers or lipstick will be rejected.

- Correspondence that is stained or contains an oily substance will be rejected.

- Postage stamps and envelope flaps may be removed from incoming general correspondence.

- All incoming general correspondence utilizing a label for either the recipient or sender will be rejected. The recipient and sender information must be completed either in ink or through the use of an address stamp.

- All incoming correspondence sprayed with fragrance, such as but not limited to perfume or cologne, will be rejected.

- Greeting cards may be selected for additional review and photocopied prior to delivery. If your card is photocopied, you will not receive the original card.

Rejected correspondence will be treated consistent with the applicable provisions of federal regulation and Bureau of Prisons policy. Should your incoming general correspondence be photocopied, you will not receive additional information regarding the justification or reasoning for the action.

Should you have any questions, you may address them to either the Supervisory Correctional Systems Specialist or the Associate Warden of Programs.

LANEY, DANIELLE 19569081



**U. S. Department of Justice**

Federal Bureau of Prisons

Federal Medical Center, Carswell

P.O. Box 27066, J Street, Bldg 3000
Fort Worth, Texas 76127

March 30, 2021

MEMORANDUM FOR INMATE POPULATION

FROM:          M. Carr, Warden

SUBJECT:       Enhanced Restrictions on Inmate General
               Correspondence

Please be advised, beginning Friday April 30, 2021, cards will no longer be accepted at FMC Carswell (i.e. greeting cards, sympathy, birthday, mother's day, holiday cards, etc.)

Program Statement 5265.14, Correspondence, states the Warden shall establish and exercise controls to protect individuals, and the security, discipline, and good order of the institution.

LANEY, DANIELLE 19569081



U.S. Department of Justice
FEDERAL BUREAU OF PRISONS
Federal Medical Center, Carswell
Fort Worth, Texas 76127

April 7, 2021

MEMORANDUM FOR M. Carr, Warden
                FMC CARSWELL

FROM:           S. Mallard, CMC

SUBJECT:        Incoming inmate packages

This memorandum provides clarification regarding the required procedures for incoming inmate packages. As a reminder, incoming inmate packages must meet all requirements indicated in Program Statement 5800.16, Mail Management Manual. Unless otherwise approved under another Bureau policy (e.g. books), inmate personal property packages must be authorized in advance using a BP- A0331, Authorization to Receive Package form. If the package is received from another facility, the package must include a BP-A0383, Inmate Property Record or BP-A0329, Authorization to Mail Package.

NORMAN, ALEXIS 49210177

EXHIBIT - A

Norman, Alexis

Declaration in support of plaintiff's motion

Alexis C. Norman states:

1. I am the named plaintiff in this case. I make this declaration in support of my motion for a violation of my First Amendment right to exercise my religion, read and receive correspondence.

2. As set forth in the complaint in this case, for over a year I have had problems receiving ordered books and my subscription to Forbes Magazine.

3. For over a month I have not received my religious correspondence mail, an ordered Bible and other books related to my religious studies.

4. All attempts for Administrative Remedy have been ignored and/or denied. I sent a request for remedy via email on March 24, 2021. No attempt was made to respond. Therefore, per BOP Policy the request was denied, and without an initial response the remedy process is futile.

5. I have sent emails to the mailroom, Assistant Wardens and AW Gonzales who supervises the mailroom, and the Business office, all to no avail.

6. I attempted to address my concerns at the mailroom, per BOP Policy. However, upon arrival, I was told that "open house" for the mailroom is closed per Captain's order. Therefore, I was denied my right to due process per BOP Policy.

7. I have made multiple requests to receive a list of authorized bookstores and a copy of update mailroom policy. My requests have received no response.

8. The mail that I previously received was mailed consistent with BOP Policy. There does not appear to be any legitimate reason for me not receiving any mail.

9. I'm already taking prescribed medication for depression and to help me sleep. Not receiving my is causing additional stress and anxiety.

10. Officials at FMC Carswell have verbally stated that we're not receiving our mail due to drugs entering the facility via the mail. This problem has persisted for nearly two years. Now that it has resulted in the inmate population not receiving general correspondence mail, the Officials at FMC Carswell require the assistance of the Federal Drug Enforcement Agency (DEA) in order to regain order that results in the ability to deliver mail to the inmate population as received.

11. Incarceration during a health pandemic causes an enhanced level of stress, depression and anxiety. We have lost the majority of our privileges as a result of the pandemic. Correspondence is the last vestige of normality.

12. I'm a minimum custody inmate that has served my sentence without incident for the last five years. This restriction of delivery of my mail is unwarranted and a violation of my constitutional rights

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Submitted by:
Alexis C. Norman
Federal Prisoner #49210-177
April, 15, 2021

Respectfully Submitted,

Alexis  C. Norman

BP-A0328          STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Peanut books **RETURN TO SENDER** | FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 |

| INMATE'S NAME: Norman. A | REGISTER NUMBER: 49210-177 | DATE: 3-08-2021 |
|---|---|---|

Check all that apply:

| Material Rejected and Returned | Package Refused and Returned |
|---|---|
| Your correspondence has been examined and: | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |

| | Material Rejected and Returned | | | Package Refused and Returned |
|---|---|---|---|---|
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationary/Blank Greeting Cards | | |
| | | Plant Shavings | | |
| | | Sexually Explicit Personal Photos | | |
| | ✓ | Other (specify below) | | |

| The following material cannot be inspected without damage: |
|---|
| | Electronic Musical Greeting Card |
| | Padded Card |
| | Double Faced Polaroid Photos |
| | Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

*Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.*

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail
                           Correspondence

Computer Generated         Sender Unidentified/Unknown
  Copies/Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Winn

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800          Replaces BP-328.058 of APR 94

BP-A0328    **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11

U.S. DEPARTMENT OF JUSTICE                        FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FROM: (Institution) FMC Carswell |
|---|---|
| RETURN TO SENDER *Books n Things* | P.O. Box 27137 Fort Worth Tx 76127 |

| INMATE'S NAME: *Norman* *25* | REGISTER NUMBER: *49210177* | DATE: – -2021 *3·31* |
|---|---|---|

Check all that apply:

| **Material Rejected and Returned** | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| ✓ | | Other (specify below) |
| | The following material cannot be inspected without damage: | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| **Package Refused and Returned** | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

*Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.*

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. DINKINS

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800            Replaces BP-328.058 of APR 94

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

------------------------------------------------------------------------------------------------

FROM: 49210177
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:47:43 PM

To:
Inmate Work Assignment: 2 S ORD

REQUEST RESPONSE AND REQUESTED INFORMATION
-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For  nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized. Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility, and after  nearly a  year, the books that are available I have already read.  Although I realize that this facility is experiencing an ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population. Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

-------------------------------------------------------------------------------------------

FROM: 49210177
TO: AW Programs
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 04/05/2021 11:38:37 AM

To: Mr. Gonzalez
Inmate Work Assignment: 2 south ord

Mr. Gonzalez,
I'm trying to resolve the problem I'm having with receiving my mail. I have received 2 returned notices for books that have been ordered.However, I have over "26" items of mail that has been returned(written verification of this is being sent to me via email). The bulk of mail is religious, over 20 Bible Studies and various religious books. I have attempted to speak with the supervisor of the mailroom to no avail. I was told that the mailroom isn't currently having open house. I spoke briefly to Ms. Frazier while she was walking to her office. I have read all of BOP mail management policy, correspondence and publication policies. From those policies I am aware that I can file a claim with the Post Office as well,which I will be doing too. But I'm writing in an effort to seek a resolution to this problem. Ms. Frazier has expressed that the changes in the mail is a result of drugs entering the facility via the mail. However, this problem has been going on for almost two years. The inmate population should NOT be punished for the facilities inability to get control of the drug problem. The facility has the choice to call for outside help(FBI,DEA), which is obviously needed since the problem is the direct result of me NOT receiving my mail and religious studies and books. I would really like to receive an approved book sellers list as well as an updated mail policy for FMC Carswell. This will week three of me not receiving my mail. I respect that there is a problem, but some attempt should be made to communicate better with the inmate population so we can make the necessary adjustments required in order to receive our mail.

Please provide a solution to this problem.

Thank you,
Alexis Norman
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

--------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 49210177
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/04/2021 01:32:02 AM

This is not punishment.  The book was rejected according to policy.

>>> ~^!"NORMAN, ~^!ALEXIS C" <49210177@inmatemessage.com> 3/24/2021 4:45 PM >>>
To: MAILROOM SUPERVISOR
Inmate Work Assignment: 2 S ORD

TO WHOM THIS MAY CONCERN,
For  nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after  nearly a  year, the books that are available I have already read.  Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS   49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

-----------------------------------------------------------------------------------------------

FROM: 49210177
TO: R&D/Mailroom/Records Office
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:45:32 PM

To: MAILROOM SUPERVISOR
Inmate Work Assignment: 2 S ORD

TO WHOM THIS MAY CONCERN,
For  nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after  nearly a  year, the books that are available I have already read.  Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

------------------------------------------------------------------------------------------------

FROM: 49210177
TO: AW Programs
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:48:50 PM

To:
Inmate Work Assignment: 2 S ORD

-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after nearly a year, the books that are available I have already read.  Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

-------------------------------------------------------------------------------------------------

FROM: 49210177
TO: AW Operations
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:46:26 PM

To: AW SPINELLI
Inmate Work Assignment: 2 S ORD

PLEASE HELP RESOLVE THIS ISSUE
-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized. Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility, and after nearly a year, the books that are available I have already read. Although I realize that this facility is experiencing an ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population. Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

----------------------------------------------------------------------------------------

FROM: 49210177
TO: Business Office
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:47:06 PM

To:
Inmate Work Assignment: 2 SD ORD

PLEASE HELP RESOLVE THIS PROBLEM AND PROVIDE REQUESTED INFORMATION
-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For  nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after  nearly a  year, the books that are available I have already read.  Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177



**PRIS N MISSION** A S S O C I A T I O N

So if the Son sets you free, you will be free indeed.
– John 8:36

P.O. Box 2300
Port Orchard, WA 98366

**RETURN SERVICE REQUESTED**



TACOMA WA 985
OLYMPIA WA
1 MAR 2021   PM 4   L

USA
NON-MACHINEABLE SURCHARGE

ALEXIS          NORMAN        #49210-177
FMC CARSWELL
PO Box 27137            2 NORTH
Fort Worth        TX      76127-0137

76127-013737

**U.S. HOUSE OF REPRESENTATIVES**

WASHINGTON, DC 20515–4333

---

**PUBLIC DOCUMENT**

---

OFFICIAL BUSINESS



NORTH TEXAS TX 750
23 MAR 2021PM 2 L
23 MAR 2021PM 1 L

M.C.



Ms. Alexis Norman, 49210-177
PO Box 27137
Federal Medical Center, Carswell
Fort Worth, TX 76127-0137

76127-013737

**Lamp and Light Publishers, Inc.**
26 Road 5577
Farmington, NM 87401-1436 USA

*"Thy word is a lamp unto my feet, and a light unto my path."    Psalm 119:105*

neopost                              FIRST-CLASS MAIL
05/05/2021
US POSTAGE $001.20

ZIP 87401
041M12252024

ID# 718108
ALEXIS CARLETTE NORMAN 49210-177
FMC CARSWELL
PO BOX 27137
FORT WORTH TX  76127

**Footprints of Christ—Test 3**
**Lessons 23–29**

100%

☐ Mr.  ☑ Mrs.  ☐ Miss    Alexis C. Norman
(Student's Name)

**Read each of the following. Then circle the letter of the best answer.**

**Example:** (b.)

1. The church is responsible to make standards to live by because
   a. it helps to establish the authority of the ministry.
   (b) it helps the members practice Bible principles in a uniform way.
   c. God did not say enough in the Bible.
   d. church members are not usually spiritual.

2. If I feel that I have a gift from God I should
   a. tell others about my gift.
   b. hope that God will honor me for my gift
   (c) seek ways I can use that gift to help others.
   d. tell my pastor that I have a gift.

3. Which is *not* a good step to help a brother who has trespassed against us?
   a. tell him his fault between thee and him alone.
   b. take with you one or two witnesses.
   (c) tell his fault to others so that he will be embarrassed.
   d. tell it to the church.

4. What is the purpose of excommunication from the church?
   a. to show the authority of the church
   b. to establish the authority
   (c) to help the person see his sin and return to the church
   d. to show that the church is the winner and he the loser

5. God gives gifts to people so that
   a. others will honor them.
   (b) they can serve God and their fellowmen.
   c. they can be well known in this world.
   d. they don't need to work so hard.

6. Which is *not* a good reason to attend church services?
   a. to fellowship with other Christians
   b. to worship God
   (c) to impress our brethren with our loyalty
   d. to hear the Word of God

7. Which is *not* a way to increase our love for others?
   a. Remember that we also are human and make mistakes.
   b. Think much about their good points.
   c. Return good to them if they mistreat us.
   (d) Publicize the faults of those who make mistakes.

8. If God has given a special gift to a brother, he should
   a. try to become a pastor.
   (b) use the gift for the good of the brotherhood.
   c. tell the brotherhood that he has this gift.
   d. use the gift to become rich.

9. Standards established by a congregation
   a. are equal in importance with the Bible.
   b. will bring salvation to all who obey them.
   c. are man's idea and are not necessary.
   (d) promote peace and unity of practice among the brotherhood.

10. (True) or False   All of the following are good things to do on the Lord's Day.
    Do good to others.
    Rest from physical tasks.
    Avoid buying and selling.
    Think about Jesus' resurrection.
    Gather together with others to worship God.

11. True or (False)  Most of the Jews were happy with the way Jesus kept the Sabbath.

12. (True) or False   Human misery is a result of sin.

13. (True) or False   One danger associated with church standards is that some people may think that they can be saved by keeping church standards.

14. (True) or False   The greatest testimony the church of Jesus Christ can give here on earth is to show love and affection for each one in the church.

15. What great event changed the day of worship and rest from the Sabbath (Saturday) to Sunday? _The resurrection of Jesus Christ_

16. Explain the difference between "saved *by* good works" and "saved *unto* good works." _"by" means that the work you do earns salvation, "unto" means works is the result of being saved_

EXHIBIT - B

Crane-Horton, Merrideth

Declaration in support of Plaintiffs motion

Merrideth Crane-Horton states

1. correspondence from my family and friends have been returned and I never recieved notice saying that it was refused.

2. Several publications have been returned & Never recieved notice; atleast one was never returned nor given to me.

3. Several packs of pictures have been refused; no notice given

4. I tried to informally deal with confusion in the rules of the mailroom by:
A· electronic staff emails
B· in person to Ms. Frazier, Ms. Mallard, Ms. Winn, Ms. Dinkins.
C· Paper request to staff
D· open house at R+D which I was then told there is none.

5. Unit team has not had consistent openhouse for me to complete my administrative remedies.

6. I've requested for a memo containing all the rules of inmate mail ie: allowed or disallowed and have been ignored.

Declaration in support of Plaintiffs motion

Merrideth Crane-Horton states

7. My outside sources have tried to send me computer generate copies of legal work and various health information and it was refused with no notice given.

Pursuant to 28 usc section 1746, I declare under penalty of perjury that the forgoing is true and correct.

Respectfully,
Merrideth J. Crane-Horton
#1097/030
04-14 2021

BP-A0328    **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE/ SNAPFISH | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 |
|---|---|

| INMATE'S NAME: M. Crane-Horton (JS) | REGISTER NUMBER: 10971-030 | DATE: 3-19-2021 |
|---|---|---|

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | | You enclosed stamps or stamped items that cannot be given to the inmate. |
| | | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 |
| | | You enclosed the following unauthorized material: |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| | | The following material cannot be inspected without damage: |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. WINN

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                          Prescribed by P5800          Replaces BP-328.058 of APR 94

BP-A0328      STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Sender – See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE RETURN TO SENDER *Steven Hayes* | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME: *Crane Horton* 2S | REGISTER NUMBER: *10971030* | DATE: 3-26-2021 |

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| The following material cannot be inspected without damage: | | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Return To Sender
Rejected Correspondence
___ No Cards/Greeting Cards
___ No Colored Paper
___ No Drawing/Artworks/Photo
___ No Perfume/Make up
✗ No Computer Generated Copies *Photos*
___ No Stickers/Glitter
___ Contraband

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. DINKINS

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800              Replaces BP-328.058 of APR 94

TRULINCS  10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

---------------------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 10971030
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/04/2021 01:37:01 AM

Then the supplement that you are requesting is policy.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 4/1/2021 6:02 PM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

No I never received that package. I had to have him reorder it from another place since its conveniently missing and never found. However I was refused two sets of pictures one from USAINMATE and the other from another photo place that only deals with the feds I believe its called Pellipost. And I never was given the new institutional supplement that states what we can or cant have and the limits of items. I only have the 2019 bulletin the warden posted which I have a copy of that incase you don't. And I had my family look on the website for FMC Carswell on bop.gov and it doesn't have anything posted that states what is or isn't allowed.
I did let me family know they can contact the regional office to file a tort claim for all the postage that has been lost due to no information being furnished to both the public and the inmates and the rules changing daily depending on which staff member works.
Consistency is appreciated.
So if you would like could you call for me to come to the mailroom for a sit down with the supervisory staff, the warden, and anyone else who would need to be present to address these issues in a professional timely manner once and for all?
Your help in clearing all this up is appreciated.
-----R&D/Mailroom/Records Office on 4/1/2021 3:47 AM wrote:

>
Have you received this package?

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/19/2021 1:04 PM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

It was thru USPS, my mistake, I printed the info can Ms.Dinkins and I meet up to figure out the issue behind this missing book? I seen Mr.Neatherly today and shown the info to him and he said I needed to get with Ms.Dinkins. Please and Thank You.
-----R&D/Mailroom/Records Office on 3/18/2021 1:57 PM wrote:

>
The mail room picks up from the post office. If it is delivered by UPS then that is a different process and takes longer.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/17/2021 9:39 AM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

My friend has the tracking number and info. March 8th its shown here. So your saying its not the mailroom.....then who processes mail recieved thru UPS? Ill obtain the info for you.
-----R&D/Mailroom/Records Office on 3/17/2021 7:22 AM wrote:

>
It has not been received by the mail room if you have not received it.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/13/2021 11:39 AM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

I had ordered 4 books. I only received 3. The forth book arrived the same day as the rest. It is titled The running girl By Sarah Blaedal Can you please give me my tracked package from Amazon.

TRULINCS 10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

--------------------------------------------------------------------------------

FROM: Hayes, Steven
TO: 10971030
SUBJECT: Hey baby
DATE: 03/19/2021 03:51:08 PM

Hiya sexy
So, your book was from an online bookstore called 8 Trax Media. Just like Amazon they don't have a high street shop. Here is the blog I found about them:

8 trax media is a Top Rated seller trusted by over one hundred thousand Amazon.com customers in the US.
They sell in Books department from Workman Publishing Company, HarperCollins Christian Pub., Feiwel & Friends, Algonquin Young Readers, G.P. Putnam's Sons and other brands. They have over ten thousand products in stock fulfilled from their own warehouse.
They are a Top 5000 Amazon.com seller, ranked 2,670th overall. They have improved from the 2,673rd position last month.
Seller rank is based on the number of positive reviews received during the last 30 days.
8 trax media business name, phone number, address and email might be available by contacting 8 trax media. For customer service, returns, refunds and other issues contact Amazon.com.

Baby, tell them mailroom assholes to accept the fact that there is NO FUCKING DIFFERENCE BETWEEN A BOOK FROM 8 TRAX MEDIA THEN FROM AMAZON!!!!!!
Sorry for ranting baby but the fuckwits they call staff there really pissarro me off...Grrr!!!

What do you mean 'What's bolognese'???
You never had spaghetti bolognese, it's about as Italian as is pizza...derrr?????
Love you my silly Merri XOXOXOXOXOXOXO XOXOXOXOXOXOXO XOXOXOXOXOXOXO

TRULINCS  10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

---------------------------------------------------------------------------------------

FROM: Hayes, Steven
TO: 10971030
SUBJECT: Tracking info for book
DATE: 03/17/2021 01:06:04 PM

Hiya my sexy Merri
Here is all the tracking info from door to door for your book

Delivered March 8

Merrideth Crane-Horton #10971030
PO BOX 27137
FMC CARSWELL
FORT WORTH, TX 76127-0137

Tracking info provided by 8 trax media

Shipped with USPS

Tracking ID: 9241990217525103889395

Monday, March 8

9:30 AM   Delivered

9:04 AM
Package arrived at a carrier facility
Naval Air Station Jrb, TX US

Saturday, March 6

6:58 AM
Package arrived at a carrier facility
Fort Worth, TX US

6:39 AM
Package has left the carrier facility
Fort Worth Tx Distribution Center, US

Thursday, March 4

6:07 PM
Package arrived at a carrier facility
Fort Worth Tx Distribution Center, US

5:19 PM
Package has left the carrier facility
Irving, TX US

4:31 PM
Package arrived at a carrier facility
Irving, TX US

12:45 AM
Package has left the carrier facility
Austell, GA US

Wednesday, March 3

TRULINCS  10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

--------------------------------------------------------------------------------------

10:23 PM
Package arrived at a carrier facility
Austell, GA US

5:39 AM
Package has left the carrier facility
York, PA US

Tuesday, March 2

5:52 PM
Package arrived at a carrier facility
York, PA US

Monday, March 1
Package has shipped

Give them hell baby girl :):):):):):)
I love you Merrideth XOXOXOXOXOXOXO XOXOXOXOXOXOXO XOXOXOXOXOXOXO

TRULINCS 10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

---------------------------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 10971030
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/23/2021 07:52:06 AM

You family would have to research that information.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/18/2021 10:38 AM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

i HAVE THE TRACKING INFO AND WILL BE PRINTING IT TODAY TO PROVIDE FOR YOU. ALSO WHAT IS THE LOCAL
POSTMASTERS CONTACT INFO SO I MAY LODGE A FORMAL COMPLAINT. SINCE YOUR PREVIOUS COMMENT
WOULD SUGGEST THAT IT WOULD BE THE FEDERAL POST OFFICES FAULT HERE ON THE BASE.
-----R&D/Mailroom/Records Office on 3/17/2021 7:22 AM wrote:

>
It has not been received by the mail room if you have not received it.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/13/2021 11:39 AM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

I had ordered 4 books. I only received 3. The forth book arrived the same day as the rest. It is titled The running girl By Sarah
Blaedal Can you please give me my tracked package from Amazon.

TRULINCS 10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

-----------------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 10971030
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/18/2021 01:57:52 PM

The mail room picks up from the post office. If it is delivered by UPS then that is a different process and takes longer.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/17/2021 9:39 AM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

My friend has the tracking number and info. March 8th its shown here. So your saying its not the mailroom.....then who processes mail recieved thru UPS? Ill obtain the info for you.
-----R&D/Mailroom/Records Office on 3/17/2021 7:22 AM wrote:

>
It has not been received by the mail room if you have not received it.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/13/2021 11:39 AM >>>
To: Missing Mail that is tracked here
Inmate Work Assignment: suicide watch

I had ordered 4 books. I only received 3. The forth book arrived the same day as the rest. It is titled The running girl By Sarah Blaedal Can you please give me my tracked package from Amazon.

TRULINCS 10971030 - CRANE-HORTON, MERRIDETH JU - Unit: CRW-I-S

---------------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 10971030
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/04/2021 01:32:02 AM

Institutional policy can be found on the BOP website. Supplements however cannot.

>>> ~^!"CRANE-HORTON, ~^!MERRIDETH JUNE" <10971030@inmatemessage.com> 3/24/2021 6:57 PM >>>
To: Institutional Supplement Request
Inmate Work Assignment: Suicide watch

This is a formal and final request for the institutional supplements to be provided. I would appreciate it if you would provide me with them so I can allow my family and friends to know the exact rules regarding it.
-----CRANE-HORTON, MERRIDETH JUNE on 3/20/2021 10:39 PM wrote:

>

I requested several times for the institutional supplement for mailroom/correspondence policy and incoming publications to be provided from the mailroom and have been ignored. Should I FOIA the info I'm requesting or will someone make the info available to me?

EXHIBIT - C

Laney, Danielle

Declaration in support of Plaintiff's motion

Danielle Laney states:

1. my religious Correspondence studies have been returned depriving me of my right to exercise my religion

2. Correspondence from my family has been returned without a return notice given to me. This is interfering with my right to familial association and maintain meaningful relationship with my children

3. no valid reason was given by the mailroom when I asked why my family's mail was returned.

4. Correspondence sent to me in December and January was not returned to the sender until March.

5. Unit team has been unavailable during open house hours so I am unable to get paperwork to start my administrative remedies.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury, that the forgoing is true and correct

Respectfully
Danielle Laney
Reg # 19569·081
4-14-2021

March 27, 2021

Dear Danielle,

You don't know me, but I was contacted by Rev. Dr. Steven J. Hayes on your behalf. I understand that you are a friend of someone he has been corresponding with for a few years. I am Faelind, High Priestess to the Tree of Knowledge Coven and my Coven is a member of an International organization of Witches known as the Covenant of the Goddess. Dr. Hayes contacted my Texas Local Council of the Covenant of the Goddess and let us know that a Pagan Group meeting in FMC Carswell had no formal leadership or connection to an outside group.

I was volunteering at BOP FMC Fort Worth until the Pandemic halted all visits. I hope to return to volunteering once the Pandemic has abated and it is safe.

In the meantime, I email materials and rituals to the Chaplain and Mentor Coordinator at FMC Fort Worth and could do the same for you if you would send me back your Chaplain's and/or coordinator's names and email addresses. I could not find any information online, though I understand your Chaplain is Chaplain Clark. Is that correct?

I sent a Learning Wicca packet with the permission of Ardantane, a Pagan Learning Center in New Mexico on behalf of Covenant of the Goddess (CoG) and our Texas Local Council of CoG back in January and it was just returned this week to me. It said that it was not authorized and must come from a publishing company or bookstore. Covenant of the Goddess sends these packets to inmates all over the country all the time, so I have reached out to our National Correspondence Officer to have her look into why this was rejected and perhaps send another packet to you and your Chaplain.

If you or your group would like more copies of this packet or other information from other resources for inmates, you can write to the National Correspondence Officer of the Covenant of the Goddess and they will be sent, free of charge.

You will find that address here:

National Correspondence Officer
Covenant of the Goddess
PO Box 12193
San Bernardino, CA  92423-2193 USA

I hope you are well and safe. With the way things are going in this crazy world at the present time, that is something to be grateful for.

Blessings of the Springtime to you,
Faelind

(My mundane name and address)
Linda Slack
819 North Buckner Blvd
Dallas, TX  75218

BP-A0328          STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) *Linda Slack* RETURN TO SENDER | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME: *Laney Danielle 2S* | REGISTER NUMBER: *19569087* | DATE: 3-16-2021 |

Check all that apply:

| | Material Rejected and Returned | | Package Refused and Returned |
|---|---|---|---|
| | Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationary/Blank Greeting Cards | |
| | | Plant Shavings | |
| | | Sexually Explicit Personal Photos | |
| ✓ | | Other (specify below) | |
| | The following material cannot be inspected without damage: | | |
| | | Electronic Musical Greeting Card | |
| | | Padded Card | |
| | | Double Faced Polaroid Photos | |
| | | Other (specify below) | |
| | Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail
                            Correspondence

Computer Generated          Sender Unidentified/Unknown
Copies/Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                              Prescribed by P5800              Replaces BP-328.058 of APR 94

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address)<br>*World of Books Inc*<br>RETURN TO SENDER | FROM: (Institution)<br>FMC Carswell<br>P.O. Box 27137<br>Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME:<br>*Danielle Haney* | REGISTER NUMBER:<br>*19569-081* | DATE:<br>3-19-2021 |

Check all that apply:

| Material Rejected and Returned | | | Package Refused and Returned | |
|---|---|---|---|---|
| Your correspondence has been examined and: | | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 | | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationary/Blank Greeting Cards | | |
| | | Plant Shavings | | |
| | | Sexually Explicit Personal Photos | | |
| ✓ | | Other (specify below) | | |
| | The following material cannot be inspected without damage: | | | |
| | | Electronic Musical Greeting Card | | |
| | | Padded Card | | |
| | | Double Faced Polaroid Photos | | |
| | | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | | |

*Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.*

Specific Material Returned:

UNKNOWN SUBSTANCE              Unauthorized Inmate              3rd Party Mail
                               Correspondence

Computer Generated             Sender Unidentified/Unknown
  Copies/Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800              Replaces BP-328.058 of APR 94

TRULINCS  19569081 - LANEY, DANIELLE - Unit: CRW-I-S

------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 19569081
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/03/2021 01:42:02 AM

Check trulincs for the updates

>>> ~^!"LANEY, ~^!DANIELLE" <19569081@inmatemessage.com> 3/23/2021 9:53 AM >>>
To: Mail Room
Inmate Work Assignment: Unit 2 South

We received a Memorandum for inmate population for incoming inmate correspondence dated July 12, 2019  it states Effective September 1, 2019 the following procedures will be implemented

Some general correspondence will be photocopied and you will only be provided the photocopy

Incoming general correspondence containing materials such as glitter, stickers or lipstick will be rejected

Correspondence that is stained or contains an oily substance will be rejected

Postage stamps and envelope flaps may be removed from incoming general correspondence

All incoming general correspondence utilizing a label for either the recipient or sender will be rejected.  The recipient and sender information must be completed either in ink or through the use of an address stamp

All incoming correspondence sprayed with fragrance, such as but not limited to perfume or cologne, will be rejected

Greeting cards may be selected for additional review and photocopied prior to delivery. If your card if photocopied you will not receive the original card

These are the only regulations we have been updated with.  If greeting cards are not authorized can you tell me the program statement name and number/institution supplement so I may inform my friends and family of the new procedures

Thank you
-----R&D/Mailroom/Records Office on 3/17/2021 7:32 AM wrote:

>
If you can not be properly identified you can not receive a notification.  Per the Regional director greeting cards have not been authorized since 2019.

>>> ~^!"LANEY, ~^!DANIELLE" <19569081@inmatemessage.com> 3/14/2021 3:27 PM >>>
To: Mail Room
Inmate Work Assignment: Unit 2 South

My family mailed me a card with pictures in December (postmark 12/21).  They have now, in March, received the card back unopened with the stamp stating that greeting cards are not accepted at this facility.  I would like to know 1) why I did not receive a return mail notice, and 2) the program statement stating we are not able to receive greeting cards.

Thank you

EXHIBIT - D
1
Epperson, Kimberly

Declaration in support of plaintiff's Motion for a
   Temporary Restraining Order and Preliminary Injunction

Kimberly D. Epperson States:

1. For three months, I have not been able to receive pictures from my family to include Christmas photos from family over 500 miles away and other families who haven't been able to visit me due to COVID-19

2. For a month, now I have not received religious correspondence from my pastor and church, which includes weekly sermons.

3. Just recently, all books sent into me from various publishers/bookstores were all sent back after previously being processed and accepted into the institution

4. A letter sent in Oct 2020 was returned to my family, resent to the facility, sent back again to my family, and finally received 5 months after the letter was originally sent.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury, that the foregoing is true and correct

Kimberly Epperson
#06185380
4/11/21



**Faith Lutheran Church & School**
1701 East Park Boulevard
Plano, Texas 75074

NORTH TEXAS TX P&DC
DALLAS TX 750
15 MAR 2021  PM 7  L



Kimberly Epperson # 06185380
FMC Carswell
Federal Medical Center
PO Box 27137
Fort Worth, TX 76127

76127-013737

Fourth Sunday in Lent – March 14, 2021
Faith Lutheran Church, Plano, Texas
Rev. James Woelmer

Theme: Jesus is our Bread of Life
Text: John 6:1-15

There is a difference between what we need in life and in what we want out of life. Our needs and our wants are not always the same.

A "need" is something of necessity. It is something that we can't do without. We need food, clothing, a home, and welfare. We need the forgiveness of sins.

A "want," on the other hand, is something of luxury. We really don't need it, but it would be nice to have. Sometimes, that which we "want" becomes sinfully driven.

Our text takes place one year before our Lord's death upon the cross. By this time, Jesus' popularity is rising. As people were on their way to Jerusalem to celebrate the Passover, they heard that Jesus was nearby so they traveled to visit Him. They wanted to follow Jesus because they saw His miracles.

Were they following Jesus for the right reason or not? After Jesus multiplied bread and fish, we learn that some wanted to make Jesus into a bread king.

Why are you here this morning? Do you think that Christianity will make you healthy, wealthy and wise? Are you here because of selfish reasons or are you here because you truly need the forgiveness of sins?

What did the people in the wilderness need? They needed food. It was getting late and they were hungry.

Jesus said to Philip, "Where shall we buy bread, that these may eat?" Philip could have said, "Why Lord, you just performed many miracles in Galilee. You healed the Centurion's son. You healed the man at the Pool of Bethesda. I believe that you can even supply enough food to feed these over 5,000 people." But Philip did not say this. Philip concluded that since they do not have enough money to feed all these people that it's a hopeless situation. We would have said the same thing.

What about you? How much money do you need? Will $200,000 solve your problem or do you need more? Will more money satisfy your wants and desires? Isaiah 55:2 asks the question, "Why do you spend money for what is not bread and your wages for what does not satisfy?" In other words, why do to seek the idols of this world? They cannot give you what you need. Jesus said, "Do not labor for the food which perishes" (Jn 6:27). In other words, do not put your faith in that which is perishable. Rather, put your faith in Christ, who gives you the gift of eternal life.

We own nothing. Rather, God owns all things. What we have has been entrusted to us from God. We simply manage that which God has entrusted to us. We manage God's possessions for the sake of our family, the church, and for those in need. This is Stewardship Sunday, may we with joy support His kingdom here all to God's glory.

What do we need? We need a Savior from sin. We need the forgiveness of sins. How much will this cost? Is two hundred denarii sufficient for our salvation? No! Is gold or silver sufficient to pay for our salvation? No! Are good works sufficient for our salvation? No!

Therefore, we are in a hopeless situation regarding our salvation in and of ourselves. We are totally dependent upon God for our salvation.

Again, how much will our salvation cost? It cost Jesus his life on the cross. Jesus shed His holy precious blood and His innocent suffering and death for our salvation. His death upon the cross was for our sins. Jesus was our Passover lamb who died in our place and on our behalf. His death was the ransom payment for our sin.

You were baptized into the death and resurrection of Christ. When we confess our sins and receive God's absolution, we relive our baptism drowning that Old Adam and then we live our life in Christ.

During this Lenten season, we repent of our sin, which caused Jesus to die upon the cross, and we trust in the forgiveness of sins. We drown the Old Adam, and we live our life in Christ.

Our Old Testament reading for today, talks about Moses and the children of Israel. Moses delivered his people from the bondage of Egypt, but Jesus delivered us from the bondage of sin and death. Moses freed the Israelites from Pharaoh but Jesus freed us from Satan. Moses was a servant of God, but Jesus is God Himself serving you and me. God used Moses to feed the people with manna and quail, but Jesus Himself is our bread of eternal life.

The bread in the wilderness was free. God gave the children of Israel manna and quail every morning without any payment in return. The bread which Jesus fed the over 5,000 people was also free. They never had to pay anything. So also, our salvation is free – totally free apart from any merit or worthiness on our part. God gives salvation to us purely by grace for Christ's sake. Faith receives the salvation which Christ won for us on the cross.

Andrew asked the question, "There is a lad here who has five barley loaves and two small fish, but what are they among so many?" Someone might ask, "At this table there is a little wafer and a small amount of wine, but what good are they? How can these elements help my soul or give me eternal blessing?" Doubt not, but believe in the words of Christ.

Today, our Lord prepares a table before you which contains heavenly food. The Lord's Supper will satisfy your hunger and thirst for righteousness. Your soul will be fully satisfied. There is always more and more of this Bread of life to be given out. We will never run out. Our Lord's gifts are limitless and eternal.

EXHIBIT-E

McGee, Melissa

Declaration In Support of Plaintiff's Motion

Melissa Lynn McGee states

1) My Correspondence from my family has been returned without ever being opened and without a return notice being given to me. This is interfering with my right to maintain meaningful family ties and to be able to persue and maintain meaningful relationships. No valid reason was given by mailroom when I asked why the mail was returned.

2) Legal Mail that is clearly marked "Inmate Mail Only Open In the presence of Inmate" Is Routed through the mail room and distributed with general mail. Legal Mail from the District Court has been returned to the Court without any reason causing a delay in time sensitive Matters.

3) Pictures from "Free prints" Continue to be returned to them saying "No Computer Generated Photos". This mail Is photo's coming from an outside source. This Is preventing me from maintaing meaningful

relationships with friends and family.

Pursuant to 28 USC Section 1746
I Declare under penalty of perjury that
The forgoing is true and correct

Respectfully

Melissa Lynn McGee
13592-002
April 14, 2021

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FMC Carswell |
| | P.O. Box 27137 |
| RETURN TO SENDER | Fort Worth Tx 76127 |

| INMATE'S NAME: McGee 2S | REGISTER NUMBER: 13592-002 | DATE: - -2021  3-31 |
|---|---|---|

Check all that apply:

| Material Rejected and Returned |
|---|
| Your correspondence has been examined and: |

|  |  |  |
|---|---|---|
|  | You enclosed stamps or stamped items that cannot be given to the inmate. | |
|  | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | |
|  | You enclosed the following unauthorized material: | |
|  |  | Stationary/Blank Greeting Cards |
|  |  | Plant Shavings |
|  |  | Sexually Explicit Personal Photos |
|  | ✓ | Other (specify below) |
|  | The following material cannot be inspected without damage: | |
|  |  | Electronic Musical Greeting Card |
|  |  | Padded Card |
|  |  | Double Faced Polaroid Photos |
|  |  | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned |
|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |

|  |  |
|---|---|
|  | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
|  | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
|  | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Return To Sender
Rejected Correspondence
__ No Cards/Greeting Cards
__ No Colored Paper
__ No Drawing/Artworks/Photo
__ No Parfume/Make up
X No Computer Generated Copies  photos
__ No Stickers/Glitter
__ Contraband

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. DINKINS

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800            Replaces BP-328.058 of APR 94

EXHIBIT-F

Declarations

Herrara, Donita
Iro, Nnena

# Declaration

As set forth in the complaint in this case, for over a year I have had my mail lost, destroyed or returned without notice.

Beginning in 2020 my religious materials and correspondence have been denied.

The mailroom refused a shipment of new books from Books-n-Things Warehouse and returned the order. I had to pay shipping charges a second time to receive my books.

I filed an informal resolution which was thrown away by a unit team member. My attempt at Administrative Remedy was blatantly destroyed. Without the initial informal request for the Administrative Remedy form, the remedy process is not possible.

I have spoken to the security captain in regards to the mailroom, who refered

2
Herrera

me to Mr. Bishop. I spoke with Mr. Bishop who said he would look into the matter but nothing was done.

I have sent electronic notices to Mrs. Mallard CIC and Mrs. Frasier the assistant CIC and spoken to Ms Fraiser personally, to no avail.

I have had over one hundred photos that were either returned to sender or simply disappeared. I received photos of a different family and inmate. I asked Mr. Bishop if he wanted them back and was told to throw them away.

I have had three orders from Amazon returned in the last 2 weeks, when Amazon orders have been accepted for years

Numerous times I have requested an updated list of authorized booksellers, only to be ignored.

3
Herrera

I consulted with a person who has obtained and read all of the BOP mail management, correspondence, and publications. The mail being denied, returned or destroyed which I had previously been receiving is consistant with these policies.

I have been at FMC Caravell for 7 years. Throughout my entire time here I have made homemade greeting cards for all occasions for family and friends, as have hundreds of others. These cards have always been allowed out in the general mail as regular correspondence.

On April 7, 2021 I received an incident report #296 - mail abuse issued by Ms. Winn in the mailroom claiming I attempted to circumvent the mail by sending out Easter cards to people on my contact list. The mailroom claims cards are now a hobby craft item which must be mailed through the recreation department. The recreation

department does not allow cards to be mailed out if any writing is in them. This action has caused me severe anxiety + could have cost me to be removed from the Culinary Arts Program.

Staff member gave false statements on the incident report + at the hearing. I am in the process of Administrative Remedy.

I suffer from a severe anxiety/panic disorder as well as depression. I have been unable to sleep due to increased stress + inability to correspond with loved ones, receive photos or books. I have had to be put on a sedative and another anti anxiety medication in recent months.

We have been in "modified lock-down" for over 12 months now. The majority of our privileges have been suspended already. Our mail was one of the few things left to us.

5
Herrera

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury, that the foregoing is true + correct.

Submitted by: Donita Herrera
#12664·046


Respectfully Submitted,

Donita Herrera
Date: April 15, 2021

Declaration in Support of Plaintiff's Motion

Nnena Iro states:

1. As set forth in the complaint in this case, for over a month I have not received any of my religious correspondence mail.

2. I am eligible to earn First Step Act earned time credits.

3. Meaningful access to classes is not provided at FMC Carswell.

4. I am taking classes via correspondence to help reduce my sentence so I can go home.

5. My religious correspondence classes and certificates have been returned, but I have not received notices of rejection from FMC Carswell mailroom.

6. Not receiving my mail is depriving me of my right to exercise my religion and my right to earn early release.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Respectfully,
Nnena Iro
Reg. no. 15199479
4/13/2021

Exhibit - G

Rejection notices
from others similarly situated

| TO: (Sender - See Return Address)<br>FreePrints/TruTalk/fotoflic/eZkyte/Amazon/Hamilton | FROM: (Institution)<br>FMC Carswell<br>P.O. Box 27137 |
|---|---|
| RETURN TO SENDER *Freedom Ministries* | Fort Worth Tx 76127 |

| INMATE'S NAME: *Hamri* 25 | REGISTER NUMBER: *77629051* | DATE:<br>4 -12 -2021 |
|---|---|---|

Check all that apply:

| **Material Rejected and Returned** | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | | You enclosed stamps or stamped items that cannot be given to the inmate. |
| | | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>Federal Bureau of Prisons<br>[Insert Inmate Name]<br>[Insert Inmate Register Number]<br>Post Office Box 474701<br>Des Moines, Iowa 50947-0001 |
| | | You enclosed the following unauthorized material: |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| | | The following material cannot be inspected without damage: |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| **Package Refused and Returned** | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

UNKNOWN SUBSTANCE    (Unauthorized Inmate Correspondence)    (3rd Party Mail)    More than 25 photos

More than 5 books

Computer Generated Copies/Photos    Sender Unidentified/Unknown
PLEASE USE WHOLE NAME ON ENVELOPE

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER  CDFRM
APR 11
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| RETURN TO SENDER _Suzanne Carr_ | | |
| INMATE'S NAME: _Woodson_  2S | REGISTER NUMBER: _59922177_ | DATE: _4.14._ -2021 |

Check all that apply:

### Material Rejected and Returned

Your correspondence has been examined and:

| | You enclosed stamps or stamped items that cannot be given to the inmate. |
|---|---|
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 |
| | You enclosed the following unauthorized material: |

| | | Stationary/Blank Greeting Cards |
|---|---|---|
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |

The following material cannot be inspected without damage:

| | | Electronic Musical Greeting Card |
|---|---|---|
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

### Package Refused and Returned

The contents of your correspondence have **NOT** been examined, however it is being returned to you because:

| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
|---|---|
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

_On back of photos_

Specific Material Returned:

(UNKNOWN SUBSTANCE)     Unauthorized Inmate Correspondence     3rd Party Mail     EXCESSIVE PHOTOS (MORE THAN 25)

Computer Generated Copies/Photos     Sender Unidentified/Unknown PLEASE USE WHOLE NAME ON ENVELOPE

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800                Replaces BP-328.058 of APR 94

BP-A0328    **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11
**U.S. DEPARTMENT OF JUSTICE**                           **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FMC Carswell |
| RETURN TO SENDER   Crowe's MC | P.O. Box 27137 |
| | Fort Worth Tx 76127 |

| INMATE'S NAME: Hopper  2S | REGISTER NUMBER: 77629051 | DATE: -2021  4.05 |
|---|---|---|

Check all that apply:

| | Material Rejected and Returned | | | Package Refused and Returned |
|---|---|---|---|---|

**Material Rejected and Returned**

Your correspondence has been examined and:

| | You enclosed stamps or stamped items that cannot be given to the inmate. |
|---|---|
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 |
| | You enclosed the following unauthorized material: |

| | | Stationary/Blank Greeting Cards |
|---|---|---|
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |

| | The following material cannot be inspected without damage: |
|---|---|

| | | Electronic Musical Greeting Card |
|---|---|---|
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

**Package Refused and Returned**

The contents of your correspondence have **NOT** been examined, however it is being returned to you because:

| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
|---|---|
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

**Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.**

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. DINKINS

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800          Replaces BP-328.058 of APR 94

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| _Danella Publishing Inc._  RETURN TO SENDER | FMC Carswell  P.O. Box 27137  Fort Worth Tx 76127 |

| INMATE'S NAME: _Polly Hopper_  25 | REGISTER NUMBER: _77609051_ | DATE: 3-19-2021  _23_ |

Check all that apply:

| Material Rejected and Returned |
|---|
| Your correspondence has been examined and: |

| | | |
|---|---|---|
| | | You enclosed stamps or stamped items that cannot be given to the inmate. |
| | | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:  Federal Bureau of Prisons  [Insert Inmate Name]  [Insert Inmate Register Number]  Post Office Box 474701  Des Moines, Iowa 50947-0001 |
| | | You enclosed the following unauthorized material: |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| | | The following material cannot be inspected without damage: |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

| Package Refused and Returned |
|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |

| | |
|---|---|
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.

Specific Material Returned:

UNKNOWN SUBSTANCE            Unauthorized Inmate            3rd Party Mail
                             Correspondence

Computer Generated           Sender Unidentified/Unknown
  Copies/Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                     Prescribed by P5800              Replaces BP-328.058 of APR 94

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FROM: (Institution) FMC Carswell P.O. Box 27137 |
|---|---|
| RETURN TO SENDER    Unknown | Fort Worth Tx 76127 |

| INMATE'S NAME: Hopper 2S | REGISTER NUMBER: 77629051 | DATE: - -2021 3-31 |
|---|---|---|

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| The following material cannot be inspected without damage: | | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

UNKNOWN SUBSTANCE        Unauthorized Inmate        3rd Party Mail        EXCESSIVE PHOTOS
                         Correspondence                                    (MORE THAN 25)

Computer Generated          Sender Unidentified/Unknown
Copies/Photos            PLEASE USE WHOLE NAME ON ENVELOPE

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                            Prescribed by P5800            Replaces BP-328.058 of APR 94

BP-A0328   STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER FORM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| *Unknown*<br>RETURN TO SENDER | FMC Carswell<br>P.O. Box 27137<br>Fort Worth Tx 76127 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| Hopper, P          *25* | *77659-051* | 03 - 26 -2021 |

Check all that apply:

| **Material Rejected and Returned** |||
|---|---|---|
| Your correspondence has been examined and: |||
| | You enclosed stamps or stamped items that cannot be given to the inmate. ||
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 ||
| | You enclosed the following unauthorized material: ||
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| The following material cannot be inspected without damage: |||
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. |||

| **Package Refused and Returned** ||
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: ||
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

*March 31, 2021*

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail
                           Correspondence

Computer Generated          Sender Unidentified/Unknown
Copies/Photos               Please use WHOLE name on envelope

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Winn

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800          Replaces BP-328.058 of APR 94

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Grace Green | FMC Carswell |
| RETURN TO SENDER | P.O. Box 27137 |
| | Fort Worth Tx 76127 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| Polly Hopper   AS | 77629-051 | 3-19-2021 |

Check all that apply:

| Material Rejected and Returned | | | Package Refused and Returned | | |
|---|---|---|---|---|---|
| Your correspondence has been examined and: | | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | | | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationary/Blank Greeting Cards | | | |
| | | Plant Shavings | | | |
| | | Sexually Explicit Personal Photos | | | |
| | ✓ | Other (specify below) | | | |
| The following material cannot be inspected without damage: | | | | | |
| | | Electronic Musical Greeting Card | | | |
| | | Padded Card | | | |
| | | Double Faced Polaroid Photos | | | |
| | | Other (specify below) | | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | | | |

Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail
                           Correspondence

Computer Generated         Sender Unidentified/Unknown
  Copies/Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800          Replaces BP-328.058 of APR 94

March 23, 2021

BP-A0328    **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender – See Return Address) AMAZON/HAMILTON/CHRISTIAN BOOKSTORE RETURN TO SENDER | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME: HOOPER, P  25 | REGISTER NUMBER: 77629-051 | DATE: 02-25-2021 |

Check all that apply:

| | Material Rejected and Returned | | | Package Refused and Returned | |
|---|---|---|---|---|---|
| | **Your correspondence has been examined and:** | | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | | You enclosed stamps or stamped items that cannot be given to the inmate. | | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | | You enclosed the following unauthorized material: | | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | | Stationary/Blank Greeting Cards | | | |
| | | Plant Shavings | | | |
| | | Sexually Explicit Personal Photos | | | |
| | ✓ | Other (specify below) | | | |
| | The following material cannot be inspected without damage: | | | | |
| | | Electronic Musical Greeting Card | | | |
| | | Padded Card | | | |
| | | Double Faced Polaroid Photos | | | |
| | | Other (specify below) | | | |
| | Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | | |

Specific Material Returned:

EXCESSIVE BOOKS/ MORE THAN FIVE.

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Winn

Record Copy – Addressee (with material); Copy – Inmate; Copy – Mail Room File.
PDF                    Prescribed by P5800                    Replaces BP-328.058 of APR 94

BP-A0328 STAMPS, NEGOTIABLE INSTRUMENTS & OTHER RETURNED TO SENDER CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                                   **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Grace Green | FMC Carswell |
| RETURN TO SENDER | P.O. Box 27137 |
| | Fort Worth Tx 76127 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| P Hopper 25 | 77629-051 | 03 - 26 -2021 |

Check all that apply:

| | **Material Rejected and Returned** | | **Package Refused and Returned** |
|---|---|---|---|

| **Material Rejected and Returned** |
|---|
| Your correspondence has been examined and: |

| | You enclosed stamps or stamped items that cannot be given to the inmate. |
|---|---|
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 |
| | You enclosed the following unauthorized material: |

| | | Stationary/Blank Greeting Cards |
|---|---|---|
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |

| The following material cannot be inspected without damage: |
|---|

| | | Electronic Musical Greeting Card |
|---|---|---|
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

| **Package Refused and Returned** |
|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |

| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
|---|---|
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

UNKNOWN SUBSTANCE             Unauthorized Inmate                3rd Party Mail
                             Correspondence

Computer Generated            Sender Unidentified/Unknown
Copies/Photos                 Please use WHOLE name on envelope

*Loose*
*★ Magazine*
*pages*

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Winn

March 31, 2021

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) *Barbara Earp* RETURN TO SENDER | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME: *Polly Hopper* | REGISTER NUMBER: *77629-051* | DATE: 3-19-2021 *23* |

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| The following material cannot be inspected without damage: | | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

*Return to Sender; Not Authorized, or Must Come from Bookstores or Publishing Company.*

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail
                           Correspondence

(Computer Generated         Sender Unidentified/Unknown
 Copies/Photos)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800          Replaces BP-328.058 of APR 94

*March 23, 2021*

BP-A0328    **STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER** CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| *Prison Mindfulness Institute* | FMC Carswell<br>P.O. Box 27137 |
| RETURN TO SENDER | Fort Worth Tx 76127 |

| INMATE'S NAME: *Polly Hopper* | REGISTER NUMBER: *77629-051* | DATE:<br>3-18-2021 |
|---|---|---|

Check all that apply:

| **Material Rejected and Returned** | | **Package Refused and Returned** | |
|---|---|---|---|
| Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>Federal Bureau of Prisons<br>[Insert Inmate Name]<br><br>[Insert Inmate Register Number]<br>Post Office Box 474701<br>Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | Stationary/Blank Greeting Cards | | |
| | Plant Shavings | | |
| | Sexually Explicit Personal Photos | | |
| ✓ | Other (specify below) | | |
| The following material cannot be inspected without damage: | | | |
| | Electronic Musical Greeting Card | | |
| | Padded Card | | |
| | Double Faced Polaroid Photos | | |
| | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | |

*Return to Sender, Not Authorized, Must Come from Bookstores or Publishing Company.*

Specific Material Returned:

| | | |
|---|---|---|
| UNKNOWN SUBSTANCE | Unauthorized Inmate Correspondence | 3rd Party Mail |
| Computer Generated Copies/Photos | Sender Unidentified/Unknown | |

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800              Replaces BP-328.058 of APR 94

BP-A0328      STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Sender See Return Address)<br>FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE<br><br>RETURN TO SENDER | FROM: (Institution)<br>FMC Carswell<br>P.O. Box 27137<br>Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME: _Casas 2S_ | REGISTER NUMBER: _2/6/6298_ | DATE: _4.5_-2021 |

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| | | Sexually Explicit Personal Photos |
| | ✓ | Other (specify below) |
| | The following material cannot be inspected without damage: | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned | |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. DINKINS

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                                Prescribed by P5800              Replaces BP-328.058 of APR 94

BP-A0328   STAMPS, NEGOTIABLE INSTRUMENT OR OTHER RETURNED TO SENDER   CDFRM
APR 11

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| USA Inmate | FMC Carswell |
| RETURN TO SENDER | P.O. Box 27137 |
|  | Fort Worth Tx 76127 |

| INMATE'S NAME: | REGISTER NUMBER: | DATE: |
|---|---|---|
| V. Potter   55 | 33374-058 | 03 - 26 -2021 |

Check all that apply:

| Material Rejected and Returned | | |
|---|---|---|
| Your correspondence has been examined and: | | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:    Federal Bureau of Prisons    [Insert Inmate Name]    [Insert Inmate Register Number]    Post Office Box 474701    Des Moines, Iowa 50947-0001 | |
| | You enclosed the following unauthorized material: | |
| | | Stationary/Blank Greeting Cards |
| | | Plant Shavings |
| X | | Sexually Explicit Personal Photos |
| ✓ | | Other (specify below) |
| | The following material cannot be inspected without damage: | |
| | | Electronic Musical Greeting Card |
| | | Padded Card |
| | | Double Faced Polaroid Photos |
| | | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | |

| Package Refused and Returned |  |
|---|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail
                          Correspondence

Computer Generated          Sender Unidentified/Unknown
Copies/Photos

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Winn

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                          Prescribed by P5800          Replaces BP-328.058 of APR 94

BP-A0328          STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | | |
|---|---|---|---|
| RETURN TO SENDER  *Amazon* | | | |
| INMATE'S NAME: *Cervantes* 2S | REGISTER NUMBER: *9139438O* | DATE: *4.5*-2021 | |

Check all that apply:

| Material Rejected and Returned | | Package Refused and Returned | |
|---|---|---|---|
| Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| ✗ | Stationary/Blank Greeting Cards | | |
| | Plant Shavings | | |
| | Sexually Explicit Personal Photos | | |
| ✓ | Other (specify below) | | |
| The following material cannot be inspected without damage: | | | |
| | Electronic Musical Greeting Card | | |
| | Padded Card | | |
| | Double Faced Polaroid Photos | | |
| | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | *Journal/Planner* | |

Specific Material Returned:

UNKNOWN SUBSTANCE          Unauthorized Inmate          3rd Party Mail          EXCESSIVE PHOTOS
                          Correspondence                                       (MORE THAN 25)

Computer Generated          Sender Unidentified/Unknown
Copies/Photos               PLEASE USE WHOLE NAME ON ENVELOPE

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                              Prescribed by P5800              Replaces BP-328.058 of APR 94

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| RETURN TO SENDER | | |
| INMATE'S NAME: Hulls      25 | REGISTER NUMBER: 666669019 | DATE: - -2021 |

Check all that apply:

| Material Rejected and Returned | |
|---|---|
| Your correspondence has been examined and: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 |
| | You enclosed the following unauthorized material: |
| | Stationary/Blank Greeting Cards |
| | Plant Shavings |
| | Sexually Explicit Personal Photos |
| ✓ | Other (specify below) |
| The following material cannot be inspected without damage: | |
| | Electronic Musical Greeting Card |
| | Padded Card |
| | Double Faced Polaroid Photos |
| | Other (specify below) |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | |

| Package Refused and Returned |
|---|
| The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |
| The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

Specific Material Returned:

UNKNOWN SUBSTANCE        Unauthorized Inmate        3rd Party Mail        EXCESSIVE PHOTOS
                         Correspondence                                   (MORE THAN 25)

Computer Generated       Sender Unidentified/Unknown
Copies/Photos            PLEASE USE WHOLE NAME ON ENVELOPE

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. Dinkins

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                        Prescribed by P5800        Replaces BP-328.058 of APR 94

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Alexis C. Norman and others similarly situated.

**(b)** County of Residence of First Listed Plaintiff *Tarrant*
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS

County of Residence of First Listed Defendant *Tarrant*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

### REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

### PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

### LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

### IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

### BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
First Amendment right to exercise religion and right to read, correspond, and due process
Brief description of cause:
Officials at FMC Carswell have issued a broad ban on general correspondence

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



*PRESS FIRMLY TO SEAL*

 

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

 **UNITED STATES POSTAL SERVICE** ®

**PRIORITY**® **MAIL**

FROM:

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO:

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

*Northern District of Texas*
*Fort Worth Division*
*501 W. Tenth Street*
*Room 310*
*Fort Worth, TX 76102*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.