PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**Fort Worth Division**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 30 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Alexis C. Norman BoP No. 49210-177
Plaintiff's Name and ID Number

FMC Carswell
Place of Confinement

**Amended Complaint**

CASE NO._4:21-cv-00630-O_____
(Clerk will assign the number)

v.

Michael Carr, FMC Carswell, Warden, P.O. Box 27137, Fort Worth, TX 76127
Defendant's Name and Address

Michael Carvajal, FBOP Director, 320 First Street NW, Washington D.C. 20534
Defendant's Name and Address

Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _5/28/21_

        2.  Parties to previous lawsuit:
            Plaintiff(s) _Alexis C. Norman_
            Defendant(s) _Michael Carr, Warden, FMC Carswell_

        3.  Court: (If federal, name the district; if state, name the county.) _N.D. Tex - Fort Worth_

        4.  Cause number: _4:21-cv-669-P_

        5.  Name of judge to whom case was assigned: _Mark T. Pittman_

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _Still pending_

        7.  Approximate date of disposition: _n/a_

II.    PLACE OF PRESENT CONFINEMENT: FMC Carswell

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES    ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Alexis C. Norman BOP No. 49210-177 FMC Carswell P.O. Box 27137 Fort Worth, Texas 76127

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Michael Carr, Warden, FMC Carswell
R.O.B FMC Carswell P.O. Box 27137 Fort Worth, Texas 76127

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See attached

Defendant #2: Michael Carvajal, Director, Federal Bureau of Prisons
FBOP 320 First Street NW Washington, D.C. 20534

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
See attached

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

See attached

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

See attached

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
Alexis Carlette Norman, Alexis Carlette Whetsell

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
BOP No. 49210-177

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?     ____YES  ✔ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?          ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    _____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _____
           DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
           (Day)                (month)        (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

## IV. Statement of Claim

Beginning in June 2019 Federal Medical Center (FMC) Carswell notice and/or discovered that drugs were entering the facility through the mail (Ex.A). On July 12, 2019, Warden Carr issued a memorandum to the inmate population regarding changes to "incoming inmate correspondence procedures" (Ex.B). Although this notice does not address incoming publications, from this point the named petitioner has experienced problems receiving delivery of books ordered. As the COVID-19 Pandemic caused FMC Carswell to begin an emergency modified lockdown protocol beginning on April 1, 2020, problems with delivery of inmate mail was further compounded by shortages of correctional staff and the resulting chaos that follows securing a correctional facility, while hundreds of inmates are infected with COVID-19 and unable to assist with the daily operations of the prison. In February 2021, due to the snow storm in the DFW area and the lack of staff available, inmates at FMC Carswell did not receive delivery of mail from Monday February 15, 2021 until Monday February 22, 2021, and although the delay in delivering the mail is certainly understandable, the continued delay is not. From February 22, 2021 until present, the inmate population has not received delivery of the majority of general correspondence mail, including mail from businesses, and publications (books).

The named petitioner has had over twenty six (26) items of mail

returned to various book stores, Bible Correspondence Organizations and schools, Forbes Magazine and family and friends. Mail is returned "unopened" without explanation of rejection and the named petitioner has received only two (2) notice of rejections from the FMC Carswell mailroom during the month of March 2021. (EX. ) and one rejection notice in July 2020. Others have similar complaints. Multiple attempts have been made to seek resolution to the problem by requesting a notice of updated policy and a list of authorized bookstores, but requests have gone unanswered. We are told via email and/or phone by family members, mentors and friends that our mail has been returned to them. "unopened" without a rejection notice. The rejection notices provided to inmates is BP-A0328 form, used for notice of contraband, with "random" explanations, such as, "inmate to inmate correspondence not authorized" and "Excessive Photos (more than 25)" to explain rejection of a book from a book store. The named petitioner has not received her monthly subscription to Forbes Magazine since July 2020, and now magazines are all that she is receiving. Others report the same circumstances as well.

Beginning on April 1, 2020, inmates at FMC Carswell have had limited access to religious services, outside recreation, programs and books. On December 21, 2018 the First Step Act passed and became law. The First Step Act (FSA) allows inmates to earn time credits that can be applied to their sentence, reducing the time spent incarcerated. Especially during this pandemic, the ability to reduce their sentence is of paramount concern for the inmates that qualify for the FSA. Due to the limited amount of

classes currently offered at FMC Carswell, inmates qualified for the FSA have elected to take class via correspondence. For the named petitioner and others the bulk of those classes are religious course and various Bible Study Courses. These correspondence courses and the certificates earned from months of participation, are currently NOT being delivered to inmates at FMC Carswell. They courses and certificates have been returned to the organizations and schools that provide the courses and inmates, named petitioner included, have not received notice for the rejection of these courses.

The COVID-19 pandemic has been an extremely stressful event for the entire world. Everything the world is experiencing is exponentially for those incarcerated. We do not have meaningful access to outside recreation, programs, indoor work out equipment religious services or libraries. We are locked inside 23 hours a day, every day. Church on Sundays is all that is offered for religious services. The only access we have to additional religious activities is via the mail. Because we have no access to the library, the only access we have to new reading material is via the mail. There are over thirteen hundred women at this facility and less than ten (10) classes are currently operating, with a limited group of people (10-20) due to social distancing requirements. The only meaningful access to religious and educational classes is via the mail. The inmates at FMC Carswell have no choice but to endure what we're experiencing. Receiving our mail is the last source of normalcy available to us, and the loss of

the right to receive our mail has added additional anxiety, anger and depression to an already mentally challenging situation. The pandemic has been going on for more than a year. The only chance some of us have to work our way out of prison is via correspondence classes. The only source to practice my religion is via correspondence, the only source available for new reading material is via the mail, and because COVID-19 is still very much present at FMC Carswell, most inmates, named petitioner included, choose not to have face to face visitation with family members for their own safety. So, the mail is an important source of communication for us and our families. The right to receive correspondence and publications is always important, but during this pandemic it is essential to our free exercise of religion, our right to reduce of sentence pursuant to the FSA, and to our mental health.

## I. Injuries
1. deprivation of freedom to exercise religion
2. deprivation of first amendment right to read
3. deprivation of first amendment right to correspond
4. Mental and Emotional Distress
5.

## VII. Administrative Remedy

The named petitioner filed a request for Administrative Remedy via email on March 24, 2021, per BOP Policy no response was provided within the 20 day timeframe provided for response. Therefore the request for an Administrative Remedy is denied. Without a response in writing, the petitioner cannot proceed to the next level for Administrative Remedy. So, the named petitioner has exhausted her request for Administrative Remedy and now seeks a remedy from the Court. Others have also attempted Administrative Remedy, but the request was either verbally denied, along with refusal to provide the form required to complete an Administrative Remedy or when inmates attempted to turn the form in to the unit counselor requesting Administrative Remedy, the form was ripped up and thrown into the trash. So the request was denied, and again without a response to the initial request for remedy, the process is futile. The named petitioner and others really tried to seek resolution to this problem from within FMC Carswell, but all request for resolution have been either ignored or denied. As a federal inmate my funds are limited. To spend $450 to file a lawsuit against FMC Carswell is a tremendous sacrifice and evidence of the level of frustration I'm experiencing. We are dealing with more than enough being incarcerated during a pandemic. We are just asking to receive the mail that is sent to us.

MAIN EXHIBIT

FMC Carswell
Memorandums To Inmate Population
Regarding Correspondence Procedures



# U. S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Carswell

*P.O. Box 27066, J Street, Bldg 3000*
*Fort Worth, Texas 76127*

July 12, 2019

MEMORANDUM FOR INMATE POPULATION
          FEDERAL MEDICAL CENTER CARSWELL

FROM:         M. Carr, Warden

SUBJECT:      Incoming Inmate Correspondence Procedures
                for Contraband Prevention

Drug use in an institution can and has often resulted in devastating effects on both staff and inmates. The secure orderly running of the institution is compromised when illicit drugs are introduced into the institution. Additionally, drugs can have many negative side effects. Common side effects of synthetic marijuana, narcotics, and other illicit drugs include psychotic episodes, paranoia, anxiety, increased heart rate, seizures, hallucinations, agitation, decreased problem solving skills, and impulsivity. Use of illicit drugs can also result in overdose and potential death.

FMC Carswell offers multiple drug abuse programs to assist inmates in discontinuing drug use. I encourage those of you, who are using illicit drugs, to refrain from this activity and get the help you need. Our objective is to ensure the safe and orderly institution.

No changes will be made until following a notification period. It is your responsibility to inform your family and friends of these procedures.

LANEY, DANIELLE 19569081

Effective September 1, 2019, the following procedures will be implemented at FMC Carswell:

- Some general correspondence will be photocopied and you will only be provided the photocopy.

- Incoming general correspondence containing materials such as glitter, stickers or lipstick will be rejected.

- Correspondence that is stained or contains an oily substance will be rejected.

- Postage stamps and envelope flaps may be removed from incoming general correspondence.

- All incoming general correspondence utilizing a label for either the recipient or sender will be rejected.  The recipient and sender information must be completed either in ink or through the use of an address stamp.

- All incoming correspondence sprayed with fragrance, such as but not limited to perfume or cologne, will be rejected.

- Greeting cards may be selected for additional review and photocopied prior to delivery.  If your card is photocopied, you will not receive the original card.

Rejected correspondence will be treated consistent with the applicable provisions of federal regulation and Bureau of Prisons policy. Should your incoming general correspondence be photocopied, you will not receive additional information regarding the justification or reasoning for the action.

Should you have any questions, you may address them to either the Supervisory Correctional Systems Specialist or the Associate Warden of Programs.

LANEY, DANIELLE 19569081



# U. S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Carswell

P.O. Box 27066, J Street, Bldg 3000
Fort Worth, Texas 76127

March 30, 2021

MEMORANDUM FOR INMATE POPULATION

FROM:        M. Carr, Warden

SUBJECT:     Enhanced Restrictions on Inmate General
             Correspondence


Please be advised, beginning Friday April 30, 2021, cards will
no longer be accepted at FMC Carswell (i.e. greeting cards,
sympathy, birthday, mother's day, holiday cards, etc.)

Program Statement 5265.14, Correspondence, states the Warden
shall establish and exercise controls to protect individuals,
and the security, discipline, and good order of the
institution.

LANEY, DANIELLE 19569081



U.S. Department of Justice
FEDERAL BUREAU OF PRISONS
Federal Medical Center, Carswell
Fort Worth, Texas 76127

April 7, 2021

MEMORANDUM FOR M. Carr, Warden
FMC CARSWELL

FROM:        S. Mallard, CMC

SUBJECT:        Incoming inmate packages

This memorandum provides clarification regarding the required procedures for incoming inmate packages. As a reminder, incoming inmate packages must meet all requirements indicated in Program Statement 5800.16, Mail Management Manual. Unless otherwise approved under another Bureau policy (e.g. books), inmate personal property packages must be authorized in advance using a BP- A0331, Authorization to Receive Package form. If the package is received from another facility, the package must include a BP-A0383, Inmate Property Record or BP-A0329, Authorization to Mail Package.

NORMAN, ALEXIS 49210177

EXHIBIT - A

Norman, Alexis

BP-A0328    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM
APR 11
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) | FROM: (Institution) |
|---|---|
| Peanut books<br>RETURN TO SENDER | FMC Carswell<br>P.O. Box 27137<br>Fort Worth Tx 76127 |

| INMATE'S NAME:<br>Norman. A | REGISTER NUMBER:<br>49210-177 | DATE:<br>3-??-2021 |
|---|---|---|

Check all that apply:

| Material Rejected and Returned | | Package Refused and Returned | |
|---|---|---|---|
| Your correspondence has been examined and: | | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: | |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address:<br>    Federal Bureau of Prisons<br>    [Insert Inmate Name]<br>    [Insert Inmate Register Number]<br>    Post Office Box 474701<br>    Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |
| | Stationary/Blank Greeting Cards | | |
| | Plant Shavings | | |
| | Sexually Explicit Personal Photos | | |
| ✓ | Other (specify below) | | |
| The following material cannot be inspected without damage: | | | |
| | Electronic Musical Greeting Card | | |
| | Padded Card | | |
| | Double Faced Polaroid Photos | | |
| | Other (specify below) | | |
| Your correspondence or letter has, however, been provided to the inmate with a copy of this notice. | | | |

Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.

Specific Material Returned:

| UNKNOWN SUBSTANCE | Unauthorized Inmate Correspondence | 3rd Party Mail |
|---|---|---|
| Computer Generated Copies/Photos | Sender Unidentified/Unknown | |

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. W?n?

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                    Prescribed by P5800              Replaces BP-328.058 of APR 94

BP-A0328
APR 11                    STAMPS, NEGOTIABLE INSTRUMENT & OTHER RETURNED TO SENDER CDFRM

U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| TO: (Sender - See Return Address) FREEPRINTS/TRUTALK/ezKYTE/FOTOFLIC/USAINMATE RETURN TO SENDER *Books n Things* | FROM: (Institution) FMC Carswell P.O. Box 27137 Fort Worth Tx 76127 | |
|---|---|---|
| INMATE'S NAME: *Norman*   25 | REGISTER NUMBER: 49210177 | DATE: -2021 3·31 |

Check all that apply:

| Material Rejected and Returned | Package Refused and Returned |
|---|---|
| Your correspondence has been examined and: | The contents of your correspondence have **NOT** been examined, however it is being returned to you because: |
| | You enclosed stamps or stamped items that cannot be given to the inmate. | | The inmate has failed to obtain an authorized BP-331, Authorization to Receive Package or Property. |
| | You enclosed a negotiable instrument. Negotiable instruments are to be forwarded to the National Lockbox at the following address: Federal Bureau of Prisons [Insert Inmate Name] [Insert Inmate Register Number] Post Office Box 474701 Des Moines, Iowa 50947-0001 | | The package has not been properly marked "Authorized by Bureau Policy" in accordance with Program Statement 5800.16, Mail Management Manual, or fails to reasonably indicate the package is authorized by Bureau policy. |
| | You enclosed the following unauthorized material: | | The inmate recipient could not be identified due to missing, incorrect, or an illegible name and/or register number. |

| Material (continued) | |
|---|---|
| | Stationary/Blank Greeting Cards |
| | Plant Shavings |
| | Sexually Explicit Personal Photos |
| ✓ | Other (specify below) |

The following material cannot be inspected without damage:

| | |
|---|---|
| | Electronic Musical Greeting Card |
| | Padded Card |
| | Double Faced Polaroid Photos |
| | Other (specify below) |

Your correspondence or letter has, however, been provided to the inmate with a copy of this notice.

Return to Sender, Not Authorized, Must Come From Bookstores or Publishing Company.

Specific Material Returned:

INMATE TO INMATE CORRESPONDENCE NOT AUTHORIZED

EXCESSIVE PHOTOS ( MORE THAN 25)

(Printed or Typed Name and Written Signature of Correctional Systems Officer)
K. DINKINS

Record Copy - Addressee (with material); Copy - Inmate; Copy - Mail Room File.
PDF                            Prescribed by P5800            Replaces BP-328.058 of APR 94

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

---------------------------------------------------------------------------------------------------------

FROM: 49210177
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:47:43 PM

To:
Inmate Work Assignment: 2 S ORD

REQUEST RESPONSE AND REQUESTED INFORMATION
-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after nearly a year, the books that are available I have already read. Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

-------------------------------------------------------------------------------------------------

FROM: 49210177
TO: AW Programs
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 04/05/2021 11:38:37 AM

To: Mr. Gonzalez
Inmate Work Assignment: 2 south ord

Mr. Gonzalez,
I'm trying to resolve the problem I'm having with receiving my mail. I have received 2 returned notices for books that have been ordered.However, I have over "26" items of mail that has been returned(written verification of this is being sent to me via email). The bulk of mail is religious, over 20 Bible Studies and various religious books. I have attempted to speak with the supervisor of the mailroom to no avail. I was told that the mailroom isn't currently having open house. I spoke briefly to Ms. Frazier while she was walking to her office. I have read all of BOP mail management policy, correspondence and publication policies. From those policies I am aware that I can file a claim with the Post Office as well,which I will be doing too. But I'm writing in an effort to seek a resolution to this problem. Ms. Frazier has expressed that the changes in the mail is a result of drugs entering the facility via the mail. However, this problem has been going on for almost two years. The inmate population should NOT be punished for the facilities inability to get control of the drug problem. The facility has the choice to call for outside help(FBI,DEA), which is obviously needed since the problem is the direct result of me NOT receiving my mail and religious studies and books. I would really like to receive an approved book sellers list as well as an updated mail policy for FMC Carswell. This will week three of me not receiving my mail. I respect that there is a problem, but some attempt should be made to communicate better with the inmate population so we can make the necessary adjustments required in order to receive our mail.

Please provide a solution to this problem.

Thank you,
Alexis Norman
49210-177

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

----------------------------------------------------------------------------------------------------

FROM: R&D/Mailroom/Records Office
TO: 49210177
SUBJECT: RE:***Inmate to Staff Message***
DATE: 04/04/2021 01:32:02 AM

This is not punishment.  The book was rejected according to policy.

>>> ~^!"NORMAN, ~^!ALEXIS C" <49210177@inmatemessage.com> 3/24/2021 4:45 PM >>>
To: MAILROOM SUPERVISOR
Inmate Work Assignment: 2 S ORD

TO WHOM THIS MAY CONCERN,
For  nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after  nearly a  year, the books that are available I have already read.  Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

--------------------------------------------------------------------------------

FROM: 49210177
TO: R&D/Mailroom/Records Office
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:45:32 PM

To: MAILROOM SUPERVISOR
Inmate Work Assignment: 2 S ORD

TO WHOM THIS MAY CONCERN,
For nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized. Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility, and after nearly a year, the books that are available I have already read. Although I realize that this facility is experiencing an ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population. Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

--------------------------------------------------------------------------------------------------------

FROM: 49210177
TO: AW Programs
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:48:50 PM

To:
Inmate Work Assignment: 2 S ORD

-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For  nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice
of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized.
Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility,
and after  nearly a  year, the books that are available I have already read.  Although I realize that this facility is experiencing an
ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire
population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not
have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve
the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population.
Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are
essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME
THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES
THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I
REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF
CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK
COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

------------------------------------------------------------------------------------------------

FROM: 49210177
TO: AW Operations
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:46:26 PM

To: AW SPINELLI
Inmate Work Assignment: 2 S ORD

PLEASE HELP RESOLVE THIS ISSUE
-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized. Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility, and after nearly a year, the books that are available I have already read. Although I realize that this facility is experiencing an ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population. Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

----------------------------------------------------------------------------------------

FROM: 49210177
TO: Business Office
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 03/24/2021 04:47:06 PM

To:
Inmate Work Assignment: 2 SD ORD

PLEASE HELP RESOLVE THIS PROBLEM AND PROVIDE REQUESTED INFORMATION
-----NORMAN, ALEXIS C on 3/24/2021 4:45 PM wrote:

>

TO WHOM THIS MAY CONCERN,
For nearly a year, most of the books that my family orders for me are returned to various reason. Twice I have received notice of the returns. I received a notice for a return of a book send by Peanuts Books stating that the company was not authorized. Due to the continued "modified operations" at FMC Carswell, there is a limited supply of books available to me at this facility, and after nearly a year, the books that are available I have already read. Although I realize that this facility is experiencing an ongoing problem involving control substances entering the facility via the mail, at this point,to continue to punish the entire population as a result of the facilities inability to controll the problem is not fair or productive. FMC Carswell obviously does not have the ability to resolve the problem. Therefore the proper authorities(i.e. DEA) should be called in to investigate and resolve the issue.

Although it is obvious that the officials operating this facility have little concern for the mental health of the inmate population. Some consideration should extended to create a less restrictive and problematic environment.Having books mailed to me are essential to my overall mental health!!!

SIMPLE EFFECTIVE COMMUNICATION WOULD BE WONDERFUL. FOR EXAMPLE, INSTEAD OF JUST TELLING ME THAT THE COMPANY IS NOT AUTHORIZED PLEASE CONSIDER PROVIDING A LIST FOR AUTHORIZED COMPANIES THAT I CAN RECEIVE BOOKS FROM. THE RIGHT TO RECEIVE MAIL IS STILL A RIGHT THAT I STILL HAVE, AND I REALLY WISH THAT YOU WOULD RESPECT THAT RIGHT AND WORK TO SOLVE THE PROBLEM INSTEAD OF CREATING MORE PROBLEMS.

PLEASE PROVIDE ME WITH AN FMC CARSWELL UPDATED MAIL POLICY ALONG WITH A LIST OF AUTHORIZED BOOK COMPANYS.

THANK YOU,
ALEXIS NORMAN
49210-177

TRULINCS 49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

----------------------------------------------------------------------------------------------------

FROM: 49210177
TO: R&D/Mailroom/Records Office
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 05/13/2021 10:38:33 PM

To: MAILROOM SUPERVISOR
Inmate Work Assignment: 2 s oRD

HELLO,
I'M LOOKING FOR A CERTIFIED PACKAGE MAILED TO ME FROM SOUTH CAROLINA. ACCORDING TO POSTAL
RECORDS THE PACKAGE ARRIVED AT THE POST OFFICE ON THE BASE ON MONDAY, BUT I HAVE NOT RECEIVED
THE PACKAGE, AGAIN IT IS CERTIFIED WITH A SIGNATURE REQUIRED. THE TRACKING INFORMATION IS AS
FOLLOWS;

7020 1290 0000 4740 5920

9590 9402 6390 0303 1058 39- RETURN RECEIPT

THE ISSUE WITH THE MAIL IS AN ONGOING PROBLEM IN THIS FACILITY. WHY IS MY MAIL DELAYED BY WEEKS?
CERTIFIED-SIGNATURE REQUIRED MAIL IS "SPECIAL MAIL" AND SHOULD BE HANDLED IN A TIMELY MANNER. CAN
YOU PLEASE PROVIDE ME WITH INFORMATION CONCERNING THE LOCATION OF MY MAIL OR COULD YOU PLEASE,
PLEASE JUST DELIVER THE PACKAGE TO ME. I REALLY DON'T UNDERSTAND THE GENERAL DISREGARD FOR MY
RIGHT TO RECEIVE MAIL. THESE ARE IMPORTANT TIME SENSITIVE COURT DOCUMENTS.THIS IS EXTREMELY
UPSETTING...IF YOU COULD JUST DELIVER THE PACKAGE, IT WOULD BE APPRECIATED.

THANK YOU,
ALEXIS NORMAN

TRULINCS  49210177 - NORMAN, ALEXIS C - Unit: CRW-I-S

-------------------------------------------------------------------------------------------------

FROM: 49210177
TO: R&D/Mailroom/Records Office
SUBJECT: ***Request to Staff*** NORMAN, ALEXIS, Reg# 49210177, CRW-I-S
DATE: 06/04/2021 07:34:14 AM

To: Supervisor
Inmate Work Assignment: 2 S ORD

Hello,
I sent Certified "time sensitive" mail out via my unit officer 12 days ago, and last night it came back to me in the mail, with the certified slip still attached. I would like to know why the mail was returned. I noticed that one of the stamps was half ripped off the envelope. Is that the reason why the mail was returned? I need to know the problem,so that it is not repeated. I have no access to the mailroom to ask these questions in person therefore, I'm sending this email. A response would be greatly appreciated.

Thank you,
Alexis C. Norman

# Open House for Legal Mail

Effective Monday June 14, 2021, the mail room will be open between the hours of 7:00 a.m. to 7:30 a.m. for legal mail only.

NORMAN, ALEXIS 49210177

Seperate Case

No: 4:21-CV-630-O



FMC Carswell
Alexis Carolette Norman
#42215-177
P.O. Box 27137
Fort Worth, TX 76127
Unit 2 South

P US POSTAGE PAID
$0.00
Origin: 76127
06/29/21
4832320127-7

PRIORITY MAIL 1-DAY®

0 Lb 13.20 Oz

1005

EXPECTED DELIVERY DAY: 06/30/21

C024

SHIP TO:
501 W 10TH ST
STE 310
Fort Worth TX 76102-3641

USPS TRACKING® #

9505 5106 1737 1180 3173 58

RECEIVED
JUN 30 2021
12:44PM
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
501 West Tenth St. Room 310
Fort Worth, TX 76102

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 6·29·21
The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has neither been opened nor inspected. If the writer
raises a question or problem over which this facility
has jurisdiction, you may wish to return the material
for further information or clarification.   (4)